POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| SO. CAL. EQUAL ACCESS GROUP<br>Jason J. Kim (SBN:190246)<br>101 S. Western Ave., Second Floor<br>Los Angeles, CA 90004<br>TELEPHONE NO.: (213) 252-8008   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: KIMBERLY FRAZIER | |
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 350 W. 1st. STREET<br>MAILING ADDRESS: 350 W. 1st. STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: UNITED STATES DISTRICT COURT | |
| PLAINTIFF/PETITIONER: KIMBERLY FRAZIER<br>DEFENDANT/RESPONDENT: CYRUS G. ETEMAD | CASE NUMBER:<br>2:20- cv-09814-PA-JEM |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* See Attached.
3. a. Party served *(specify name of party as shown on documents served):*
      CYRUS G. ETEMAD
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Fed. R. Civ. P. 4 (c)(2)
4. Address where the party was served:
   237 Round Hill Rd., Tiburon, CA 94920    "Service in compliance with federal rules of civil procedure."
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 2/13/21       (2) at *(time):* 2:06PM
   b. [ ] **by substituted service.** on *(date):*           at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*           from *(city):*           or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: KIMBERLY FRAZIER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CYRUS G. ETEMAD | 2:20- cv-09814-PA-JEM |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
          [ ] other:

7. **Person who served papers**
  a. Name: TURNER'S ATTORNEY SERVICE
  b. Address: 6230 WILSHIRE BLVD., SUITE 164, LOS ANGELES, CA 90048
  c. Telephone number: (213) 268-0650
  d. **The fee** for service was: $ 90.00
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [x] a registered California process server:
        [ ] owner    [ ] employee    [x] independent contractor.
    (ii) Registration No.: 240
    (iii) County: MARIN COUNTY

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    **or**
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/13/21

CHRISTINA ALEXANDER-BARKLEY
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Christine Alexandbcl* (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.  

**FRAZIER v. CYRUS G. ETEMAD**         **CASE NO. 2:20-cv-09814-PA-JEM**

Summons; Complaint: Civil Case Cover Sheet; Certificate and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice of Parties of Court-Directed ADR Program; Notice of Parties; ADA Disability Access Litigation; ADA Disability Access Litigation: Application for Stay and Early Mediation; ADA Disability Access Litigation:(Proposed) Order Granting Application for Stay and Early Mediation.