1 | SO. CAL. EQUAL ACCESS GROUP
2 | Jason J. Kim (SBN 190246)
  | Jason Yoon (SBN 306137)
3 | 101 S. Western Ave., Second Floor
  | Los Angeles, CA 90004
4 | Telephone: (213) 252-8008
  | Facsimile:  (213) 252-8009
5 | scalequalaccess@yahoo.com

Attorneys for Plaintiff
KIMBERLY FRAZIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY FRAZIER, | **Case No.: 2:20-cv-09814 PA (JEMx)** |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Motion and Motion for Default Judgment by Court** |
| vs. | Date: May 17, 2021 |
| CYRUS G. ETEMAD; and DOES 1 to 10, | Time: 1:30 p.m. |
| | Courtroom: 9A |
| Defendants. | Honorable Judge Percy Anderson |

To Defendant CYRUS G. ETEMAD and the attorneys of record, if any: Please take notice that on May 17, 2021, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff KIMBERLY FRAZIER will present Plaintiff's motion for default judgment against Defendant CYRUS G. ETEMAD. The Clerk has previously entered the default on Defendant CYRUS G. ETEMAD on March 22, 2021.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant CYRUS G. ETEMAD is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of

1940; (2) Defendant CYRUS G. ETEMAD has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $4,440.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 6744 Laurel Canyon Blvd., North Hollywood, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant CYRUS G. ETEMAD on April 21, 2021 by first class United States Mail, postage prepaid.

Dated: April 21, 2021                    **SO. CAL. EQUAL ACCESS GROUP**


By:     _/s/ Jason J. Kim_____
        Jason J. Kim, Esq.
        Attorneys for Plaintiff