SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KIMBERLY FRAZIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CYRUS G. ETEMAD; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-09814 PA (JEMx)**<br><br>**Declaration of Jason J. Kim in Support of Plaintiff's Motion for Default Judgment by Court**<br><br>Date: May 17, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with So. Cal. Equal Access Group, and an attorney of record for the moving party, Plaintiff KIMBERLY FRAZIER, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. I have been in practice for more than twenty years. I have prosecuted and defended numerous disability access cases, and have a great amount of trial experience. I have taken and defended hundreds of depositions, and attended hundreds of hearings.

Declaration of Jason J. Kim - 1

3. Defendant CYRUS G. ETEMAD is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. We conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation. Based on this search and the records located, our office determined, to the best of our knowledge, that Defendant CYRUS G. ETEMAD owns the real property located at or about 6744 Laurel Canyon Blvd., North Hollywood, California, that is the subject of this lawsuit on the date complained of by Plaintiff.

5. Notice of this Motion for Default Judgment by court was served on Defendant CYRUS G. ETEMAD on April 21, 2021, by first class United States Mail, postage prepaid.

6. I have expended time and incurred costs in preparing this case. I have done the following: (1) discussed the case with the client and developed the intake notes; (2) reviewed documentary evidence pertaining to the site inspection of the real property to comply with my Rule 11 obligations; (3) conducted research of public records to determine the identities of the business owner and owner of the real property; (4) drafted and reviewed the Complaint; (5) drafted and executed the Request for Entry of Default; (6) and drafted this motion for default judgment, my supporting declaration, and Plaintiff's declaration. I spent a total of 8 hours of time at an hourly rate of $500, which totals $4,000.00 in attorney fees, and paid out $440.00 in filing fees and service costs, for a total of $4,440.00 in attorney fees and costs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\\\
\\\

1 | Dated: April 21, 2021 **SO. CAL. EQUAL ACCESS GROUP**

By: _/s/ Jason J. Kim_____
Jason J. Kim, Esq.
Attorneys for Plaintiff