```
SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KIMBERLY FRAZIER
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CYRUS G. ETEMAD; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-09814 PA (JEMx)<br><br>**Declaration of Kimberly Frazier in Support of Plaintiff's Motion for Default Judgment**<br><br>Date: May 17, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:
2. I have a physical disability with substantial limitation in ability to walk. I use a wheelchair for mobility at all times when traveling in public.
3. In or around May of 2020, I went to a clothing store ("Business") located at or about 6744 Laurel Canyon Blvd., North Hollywood, California.
4. When I got there, I discovered barriers and conditions in the parking space that denied full and equal access by persons like myself who require the use of a wheelchair for mobility.

5. Due to the lack of accessible facilities, I have been deterred from further attempting to visit the Business.

6. I would like to return to the Business.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Dated: April 21, 2021         By: _____
                              KIMBERLY FRAZIER,
                              Plaintiff

DECLARATION OF KIMBERLY FRAZIER - 2