SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KIMBERLY FRAZIER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>       Plaintiff,<br><br>   vs.<br><br>CYRUS G. ETEMAD; and DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:20-cv-09814 PA (JEMx)**<br><br>**Proposed Judgment Re: Default Judgment**<br><br>Date: May 17, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

   Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff KIMBERLY FRAZIER shall have JUDGMENT in her favor in the amount of $4,440.00 as fees-and-costs award against Defendant CYRUS G. ETEMAD.

   Additionally, Defendant CYRUS G. ETEMAD is ordered to provide an accessible parking space at the property located at or about 6744 Laurel Canyon Blvd., North Hollywood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____            By: _____
                                United States District Judge