SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KIMBERLY FRAZIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY FRAZIER,

            Plaintiff,

     vs.

CYRUS G. ETEMAD; and DOES 1 to 10,

          Defendants.

**Case No.: 2:20-cv-09814 PA (JEMx)**

**Proof of Service**

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On April 21, 2021, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Cyrus G. Etemad
237 Round Hill Rd.
Tiburon, CA 94920

DOCUMENT(S): **Plaintiff's Notice of Motion and Motion for Default Judgment by Court; Plaintiff's Memorandum of Points and Authorities in Support of Motion for Default Judgment by Court and Request to Affix Fees; Declaration of Jason J. Kim in Support of Plaintiff's Motion for Default Judgment by Court; Declaration of Kimberly Frazier in Support of Plaintiff's Motion for Default Judgment; Proposed Judgment**

(X)    BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )    BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )    BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )    BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )    BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on April 21, 2021, at Los Angeles, California.