JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER, | CV 20-9814 PA (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CYRUS G. ETEMAD, | |
| Defendant. | |

Pursuant to the Court's May 5, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: May 5, 2021

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE